# UNITED STATES DISTRICT COURT

__EASTERN__ DISTRICT OF __TENNESSEE__

UNITED STATES OF AMERICA

V.

BRANDON LEE ALEXANDER

## EXHIBIT AND WITNESS LIST

Case Number: 2:18-CR-34(13)

| PRESIDING JUDGE<br>CLIFTON L. CORKER | | PLAINTIFF'S ATTORNEY<br>J. CHRISTIAN LAMPE | | | DEFENDANT'S ATTORNEY<br>JERRY LAUGHLIN |
|---|---|---|---|---|---|
| TRIAL DATE (S)<br>12/19/2018 | | COURT REPORTER<br>DEBBIE RAMEY | | | COURTROOM DEPUTY<br>ARLENE PAPE |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| | | 12/19/2018 | | | |
| | W | | | | LINDSEY RATLIFF |
| | 7 | | X | X | PHOTO OF 614 BROWN AVENUE WITH POSITION OF CAR MARKED |
| 8 | | | X | X | PHOTO OF 614 BROWN AVENUE - FRONT OF HOUSE |
| 9 | | | X | X | PHOTO OF 614 BROWN AVENUE SHOWING SHOULDER OF ROAD |
| | W | | | | PETE SHOCKLY, DETECTIVE |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages